**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1060 Fulton Street, Suite 701
Fresno, CA  93721
Phone: (559) 442-1041
Fax:  (559) 214-0174
hmdrandell@sbcglobal.net

ATTORNEYS FOR DEFENDANT, CORNELL HICKS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CORNELL HICKS,<br><br>    Defendant. | Case No.: 1:24-CR-00055 JLT-SKO<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER** |

      IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the previously imposed conditions of release be modified accordingly;

- Condition 7(m) to be amended to add the following italicized language "not enter any gambling establishments *and do not engage in any gambling activities*";

- Condition 7(q) be amended to add the following italicized language "*Upon successful completion of residential treatment at WestCare,* the defendant must participate in the following Location Monitoring program component and abide

STIPULATION TO MODIFY CONDITIONS OF RELEASE; STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER - 1

by all the requirements of the program which will include…"

- All previously imposed conditions of release not in conflict with this order shall remain in full force and effect.

Pretrial Services is agreeable with amending these conditions of Mr. Hicks's release.

Dated: March 28, 2024          PHILLIP TALBERT
                               ACTING United States Attorney

                       By:     /s/ Antonio Pataca
                               ANTONIO PATACA
                               Assistant United States Attorney,
                               Attorney for Plaintiff

Dated: March 28, 2024          HARRY M. DRANDELL
                               Law Offices of Harry M. Drandell

                       By:     /s/ Harry M. Drandell
                               HARRY M. DRANDELL
                               Attorney for Defendant,
                               Cornell Hicks

## **O R D E R**

**IT IS SO ORDERED.**

Conditions of defendant's pretrial release is hereby modified such that condition 7(m) and 7(q) be amended to add the following italicized language;

- Condition 7(m) to be amended to add the following italicized language "not enter any gambling establishments *and do not engage in any gambling activities*";

- Condition 7(q) be amended to add the following italicized language "*Upon

STIPULATION TO MODIFY CONDITIONS OF RELEASE; STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER - 2

*successful completion of residential treatment at WestCare,* the defendant must participate in the following Location Monitoring program component and abide by all the requirements of the program which will include…"

- All previously imposed conditions of release not in conflict with this order shall remain in full force and effect.

- IT IS SO ORDERED.

Dated: __**March 29, 2024**__        _____/s/ *Barbara A. McAuliffe*_____
                                                                           UNITED STATES MAGISTRATE JUDGE