1

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**

2

1060 Fulton Street, Suite 701
Fresno, CA  93721

3

Phone: (559) 442-1041
Fax:  (559) 214-0174

4

hmdrandell@sbcglobal.net

5

ATTORNEYS FOR DEFENDANT, CORNELL HICKS

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

UNITED STATES OF AMERICA,                 | **Case No.: 1:24-CR-00055 JLT-SKO**

11

        Plaintiff,

12
                                              **ORDER re DEFENDANT'S**
13      vs.                                   **REQUEST AND WAIVER OF**
                                              **APPEARANCE**
14      CORNELL HICKS,

15        Defendant.

16

17

18        Defendant, Cornell Hicks, hereby waives his appearance in person in open court

19   upon the status conference set for Wednesday, April 17, 2024, of the above-entitled court.

20        Defendant hereby requests the court to proceed in his absence and agrees that his

21
22   interest will be deemed represented at said hearing by the presence of his attorney, Harry M.

23   Drandell.

24        Defendant further agrees to be present in person in court at all future hearing dates

25   set by the court including the dates for jury trial.  Defendant is currently a resident at WestCare,

26
27   an inpatient substance abuse treatment program

28   DEFENDANT'S REQUEST AND WAIVER OF APPEARANCE
      - 1

Dated:  April 4, 2024          /s/ Cornell Hicks
                               CORNELL HICKS


Dated:  April 4, 2024          /s/ Harry M. Drandell
                               HARRY M. DRANDELL
                               Attorney for Defendant,
                               Cornell Hicks


**O R D E R**

Good cause appearing.

IT IS HEREBY ORDERED that defendant, Cornell Hicks, is hereby excused from

appearing at this court hearing scheduled for Wednesday, April 17, 2024.

IT IS SO ORDERED.


DATED: 4/15/2024                 *Sheila K. Oberto*
                                 HONORABLE SHEILA K. OBERTO
                                 United States Magistrate Judge

DEFENDANT'S REQUEST AND WAIVER OF APPEARANCE
- 2