**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1060 Fulton Street, Suite 701
Fresno, CA 93721
Phone: (559) 442-1041
Fax: (559) 214-0174
hmdrandell@sbcglobal.net

ATTORNEYS FOR DEFENDANT, CORNELL HICKS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CORNELL HICKS,<br><br>    Defendant. | Case No.: 1:24-CR-00055 JLT-SKO<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the previously imposed conditions of release be modified accordingly;

    -Condition 7(q) be amended to add the following italicized language replacing "Home Detention" with "Curfew"; "Upon successful completion of residential treatment at WestCare, the defendant must participate in the following Location Monitoring program component and abide by all the requirements of the program which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of

the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

> **CURFEW: You must remain inside your residence every day from 10:00pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.**

-All previously imposed conditions of release not in conflict with this order shall remain in full force and effect.

Pretrial Services is agreeable with amending these conditions of Mr. Hicks's release.

Dated:  August 9, 2024            PHILLIP TALBERT
                                  ACTING United States Attorney


                           By:    /s/ Antonio Pataca
                                  ANTONIO PATACA
                                  Assistant United States Attorney,
                                  Attorney for Plaintiff


Dated:  August 9, 2024            HARRY M. DRANDELL
                                  Law Offices of Harry M. Drandell


                           By:    /s/ Harry M. Drandell
                                  HARRY M. DRANDELL
                                  Attorney for Defendant,
                                  Cornell Hicks

# **O R D E R**

**IT IS SO ORDERED.**

The conditions of Defendant's pretrial release are hereby modified as follows:

1. Condition 7(q) shall be modified to add the following italicized language replacing "Home Detention" with "Curfew"; and

2. Condition 7(q) shall be amended to include the following:

***CURFEW: You must remain inside your residence every day from 10:00pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.***

All previously imposed conditions of release not in conflict with this order shall remain in full force and effect.

DATED: 8/12/2024

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
United States Magistrate Judge