1  **HARRY M. DRANDELL #109293**
   **LAW OFFICES OF HARRY M. DRANDELL**
2  1060 Fulton Street, Suite 701
   FRESNO, CA 93721
3  PHONE (559) 442-1041
   FAX (559) 214-0174
4
       ATTORNEYS FOR  Defendant, Cornell Hicks
5

6                    **UNITED STATES DISTRICT COURT**

7                    **EASTERN DISTRICT OF CALIFORNIA**

8                              * * * * *

9
10 UNITED STATES OF AMERICA,    )      CASE NO:  1:24-CR-00055 JLT-SKO
                                )
11     Plaintiff,               )      **STIPULATION TO MODIFY CONDITIONS**
                                )      **OF RELEASE; ORDER**
12 v.                           )
                                )
13 CORNELL HICKS,               )
                                )
14     Defendant.               )
15 _____ )

16
17     IT IS HEREBY STIPULATED by and between the parties hereto through their respective
18 counsel that the previously imposed conditions of release be modified accordingly;
19     - Condition 7(q) be amended to delete the previously imposed condition of the Location
20 Monitoring program.
21     - Condition 7(q) be amended to delete the previously imposed condition of Curfew.
22      - All previously imposed conditions of release not in conflict with this order shall remain
23 in full force and effect.
24     Pretrial Services is agreeable with amending these conditions of Mr. Hicks's release.
   Dated: December 18, 2024              PHILLIP TALBERT
25                                       United States Attorney
26
                         By:    /s/ Antonio Pataca
27                              ANTONIO PATACA
                                Assistant United States Attorney,
28                              Attorney for Plaintiff

Dated:  December 18, 2024                    Law Offices of Harry M. Drandell

                                 By:      /s/ Harry M. Drandell
                                           HARRY M. DRANDELL
                                           Attorney for Defendant,
                                           Cornell Hicks

## **O R D E R**

IT IS SO ORDERED.

Conditions of defendant's pretrial release is hereby modified such that condition 7(q) be modified to delete the following condition of the Location Monitoring Program;

- Condition 7(q) be amended to delete Curfew.

- All previously imposed conditions of release not in conflict with this order shall remain in full force and effect.

IT IS SO ORDERED.

Dated:  **December 19, 2024**                    _____

                                       STANLEY A. BOONE
                                       United States Magistrate Judge