# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
JUL 18 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

United States of America )
vs. )    Case No. 1:24-CR-00055-JLT-SKO-17
)
Cornell Hicks )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Cornell Hicks_____, have discussed with _____Anthony Perez_____, Pretrial Services Officer, modifications of my release conditions as follows:

Remove the following condition of release: (7)(m) – Upon successful completion of the inpatient program, you must participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependency, as approved by the pretrial services officer; you must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

Reason for modification: The defendant is in compliance and sober. The defendant's counselor recommends termination from counseling services.

Pretrial Services concurs with the modification.   All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6/20/25    _____  6-20-25
Signature of Defendant            Date       Signature of Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____  6/20/2025
Signature of Assistant U.S. Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  7-18-25
Signature of Defense Counsel   Date

I am aware of the modification to the defendant's conditions of release and agree to continue to act as a third-party custodian.

_____  6/20/25
Signature of Third-Party Custodian   Date

_____  6/20/25
Signature of Third-Party Custodian   Date

**CONSENT TO MODIFY CONDITIONS OF RELEASE**
**Defendants Name**
Page 2

I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety.

_____    6/20/25
Signature of Surety                Date

_____    6/20/25
Signature of Surety                Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___7/18/25___

☐ The above modification of conditions of release is *not* ordered.

Dated: 7/18/25

_____
UNITED STATES MAGISTRATE JUDGE