HARRY M. DRANDELL (CA BAR# 109293)
Law Offices of Harry M. Drandell
1060 Fulton Street, Ste. 803
Fresno, CA 93721
Telephone: (559) 442-1041
Facsimile: (559) 214-0174
hmdrandell@sbcglobal.net


*Attorney for Defendant,*
CORNELL HICKS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | Case No.: 1:24-CR-00055-JLT |
|---|---|---|
| Plaintiff, | ) ) ) | **DEFENDANT'S MOTION TO EXONERATE CASH BOND; [PROPOSED] ORDER** |
| vs. | ) ) | |
| CORNELL HICKS, | ) ) | |
| Defendant. | ) ) ) | |

This Court sentenced Mr. Hicks on March 16, 2026, to 65 months imprisonment, and payment of a $100.00 Special Assessment.  He was placed on pretrial release ordered by the duty magistrate on March 22, 2024.  To secure his release, a $5,000.00 cash deposit was made to the clerk of the court, (Doc 158 and 159).

| 03/22/2024 | 158 | CASH BOND POSTED as to Cornell Hicks in amount of $2,000.00, Receipt #100002436.  (Xiong, J) |
|---|---|---|
| 03/22/2024 | 159 | CASH BOND POSTED as to Cornell Hicks in amount of $3,000.00, Receipt # 100002437.  (Xiong, J.) |

Mr. Hicks self surrendered to BOP on June 15, 2026.

1

Since no conditions of the cash bond remain to be satisfied, it is requested that the Court order cash bond exonerated and order that $2,000.00 be returned to Norma Ramirez, 3134 N. Zachary St. Visalia, CA 93291, and $3,000 be returned to Courtenay McFarlane, 3134 N. Zachary St., Visalia, CA 93291.

Dated: June 19, 2026June 22, 2026                                    Respectfully submitted,


                                        /s/ Harry M. Drandell
                                        HARRY M. DRANDELL
                                        Attorney for Defendant
                                        CORNELL HICKS


**O R D E R**

The Court finds that Cornell Hicks has complied with the conditions of his bond and that no conditions remain to be satisfied.

THEREFORE, IT IS HEREBY ORDERED, that the Clerk of the Court shall exonerate the $5,000.00 cash bond, plus accrued interest (Receipt #100002436 and Receipt #100002437) posted by Norma Ramirez and Courtenay McFarlane, respectively, with $2,000 made payable to Norma Ramirez, and mailed to 3134 N. Zachary St., Visalia, CA 93291, and $3,000 made payable to Courtenay McFarlane, and mailed to 3134 N. Zachary St., Visalia, CA 93291.


IT IS SO ORDERED.

Dated:    **June 22, 2026**

_____
UNITED STATES DISTRICT JUDGE