(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1060 Fulton St. Suite 803
FRESNO, CA 93721
PHONE (559) 442-1041
FAX (559) 214-0174

ATTORNEYS FOR   Defendant, Cornell Hicks

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.:  1:24-CR-00055-JLT** |
| Plaintiff, ) | **MOTION TO TERMINATE CJA** |
| ) | **APPOINTMENT OF HARRY M.** |
| vs. ) | **DRANDELL AS ATTORNEY OF** |
| ) | **RECORD AND [PROPOSED] ORDER** |
| CORNELL HICKS, ) | |
| Defendant. ) | |

On March 21, 2024, Defendant, Cornell Hicks was indicted on federal charges. CJA Panel Attorney, Harry M. Drandell was appointed as trial counsel to represent Mr. Hicks on March 20, 2024, in his criminal case. Mr. Hicks was sentenced pursuant to a plea agreement on March 16, 2026. The time for filing a direct appeal was March 30, 2026. No direct appeal was filed. The trial phase of Mr. Hicks's criminal case has, therefore, come to an end. Having completed his representation of Mr. Hicks, CJA attorney Harry M. Drandell now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Hicks require further legal assistance, he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

///

Dated: June 29, 2026

Respectfully submitted,

LAW OFFICES OF HARRY M. DRANDELL

/s/ Harry M. Drandell
HARRY M. DRANDELL
Attorney for Defendant
CORNELL HICKS

**[PROPOSED] ORDER**

Having reviewed the notice and found that attorney Harry M. Drandell has completed the services for which he was appointed, the Court hereby grants attorney Harry M. Drandell's request for leave to withdraw as defense counsel in this matter. Should defendant seek further legal assistance, defendant is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist Defendant.

The Clerk of the Court is directed to serve a copy of this Order on Defendant, Cornell Hicks, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

CORNELL HICKS USM# 03827-511
USP Atwater
U.S. PENITENTIARY
P.O. BOX 019001
ATWATER, CA   95301

**IT IS SO ORDERED**

Dated:  July 1, 2026

UNITED STATES DISTRICT JUDGE

2